IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JACQUES,** | Case No. 2:21-cv-00143-TLN-EFB PC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **M. BRAHNEY, et al. ,** | |
| Defendants. | |

The Court has read and considered Defendants' motion to modify the discovery and scheduling order (ECF No. 21). Good cause appearing, Defendants' motion is GRANTED.

The deadline to conduct discovery and to file any motions necessary to compel discovery (September 10, 2021) is hereby vacated.

The deadline to file dispositive motions (December 10, 2021) is hereby vacated.

The Court will re-set those deadlines following final resolution of Plaintiff's motion (ECF No. 19).

IT IS SO ORDERED.

Dated:  August 19, 2021.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE