IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JACQUES,** | Case No. 2:21-cv-00143-TLN-EFB PC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **M. BRAHNEY, et al.,** | |
| Defendants. | |

   Plaintiff Michael Jacques is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   Currently before the Court is Defendants' motion for an extension of time to file an opposition to Plaintiff's motion to compel discovery, filed December 24, 2021.

   Good cause having been presented, it is ORDERED that the deadline to file and serve Defendants' opposition to Plaintiff's motion to compel discovery (ECF No. 33) is extended to February 24, 2022.

   IT IS SO ORDERED.

DATED:  January 4, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE