IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JACQUES,** | Case No. 2:21-cv-00143-TLN-EFB PC |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **M. BRAHNEY, et al.,** | |
| Defendants. | |

The Court has read and considered Defendants' motion to modify the discovery and scheduling order (ECF No. 35). Good cause appearing, Defendants' motion is GRANTED.

The deadline to file dispositive motions (February 22, 2022) is hereby vacated.

The Court will re-set the dispositive motion deadline following final resolution of Plaintiff's motion to compel discovery (ECF No. 33).

IT IS SO ORDERED.

DATED: January 4, 2022.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE