IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACQUES,<br><br>                    Plaintiff,<br><br>    v.<br><br>M. BRAHNEY, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-00143-TLN-EFB PC<br><br>[PROPOSED] ORDER |

    Plaintiff Michael Jacques is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Defendants' motion for administrative relief seeking a fourteen-day extension of time to serve Plaintiff with Defendants' supplemental responses to Plaintiff's document production requests and to file certifications required by the Court's order dated March 31, 2022 (ECF No. 39).

/////

/////

/////

/////

1    Good cause having been presented, it is ordered that Defendants' motion for administrative
2    relief is GRANTED and the April 14, 2022~~2~~ deadline to serve Plaintiff with Defendants'
3    supplemental responses to Plaintiff's document production requests and to file certifications
4    required by the Court's March 31, 2022 order is extended to April 28, 2022.
5    IT IS SO ORDERED.

Dated: April 12, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE