IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JACQUES,** | Case No. 2:21-cv-00143-TLN-EFB PC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **M. BRAHNEY, et al.,** | |
| Defendants. | |

Defendants filed a motion to change the time to file a motion for summary judgment. Good cause appearing, the Court GRANTS the motion.

The deadline for Defendants to file a motion for summary judgment is changed to August 16, 2022. Plaintiff's opposition must be filed with the Court and served upon Defendants no later than 21 days from the date the motion is filed. Defendants's reply must be filed and served no later than 14 days after Plaintiff's opposition is filed on the Court's electronic filing system.

IT IS SO ORDERED.

Dated:  June 15, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1