IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JACQUES,**<br><br>Plaintiff,<br><br>v.<br><br>**M. BRAHNEY, et al. ,**<br><br>Defendants. | Case No. 2:21-cv-00143-TLN-EFB PC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR** *NUNC PRO TUNC* **ORDER TO CHANGE TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

Counsel for Defendants filed a motion requesting a *nunc pro tunc* order extending time to file and serve Defendants' opposition to Plaintiff's motion to compel discovery from the current deadline of June 3, 2022, up to and including June 22, 2022. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

**IT IS HEREBY ORDERED** that Defendants' request to change time is **GRANTED** *nunc pro tunc*, and that Defendants' time to file an opposition to Plaintiff's motion to compel discovery is changed to June 22, 2022.

Dated: June 23, 2022.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:21-cv-00143-TLN-EFB PC)