IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JACQUES,**<br><br>Plaintiff,<br><br>v.<br><br>**M. BRAHNEY, et al. ,**<br><br>Defendants. | Case No. 2:21-cv-00143-TLN-EFB PC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendants filed a motion to change the time to file their reply in support of their motion for partial summary judgment. Good cause appearing, the Court GRANTS the request. The deadline for Defendants to file their reply brief is changed to November 11, 2022.

IT IS SO ORDERED.

Dated: October 13, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE